**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MICHAEL BULL                                                                                                    PLAINTIFF

v.                                                    No. 4:14CV00051 JLH

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY                                                                                DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Nationwide Mutual Fire Insurance Company on the claims of Michael Bull. Michael Bull's complaint is dismissed with prejudice, and the relief he seeks is denied.

IT IS SO ORDERED this 22nd day of January, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE